IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES COTTON, | ) | 4:18CV3138 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DOUGLAS COUNTY, NEBRASKA, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for extension of time (Filing 9) is granted, as follows:

Defendants shall have until February 28, 2019, to respond to Plaintiff's complaint.

DATED this 18th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge