IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES COTTON, | ) | 4:18CV3138 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DOUGLAS COUNTY, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 36) is granted, as follows: Plaintiff shall have until July 22, 2019, to respond to Defendants' motion for summary judgment.

DATED this 15th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge