IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES COTTON, | ) | 4:18CV3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 39) is granted, as follows:

   The court accepts Filings 40 through 44 as being timely filed.

2. Defendants' motion for extension of time (Filing 45) is granted, as follows:

   Defendants shall have until August 20, 2019, to respond to Plaintiff's cross-motion for summary judgment (Filing 40). Plaintiff shall have 7 days after service of Defendants' response to file a reply brief.

   Defendants shall have until August 20, 2019, to file a reply brief in support of Defendants' motion for summary judgment (Filing 15).

DATED this 1st day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge