IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES COTTON, | ) | 4:18CV3138 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DOUGLAS COUNTY, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing 49) is granted in part, as follows: Plaintiff shall have until September 23, 2019, to file a reply brief in support of his motion for summary judgment (Filing 40). In all other respects, the motion is denied.

DATED this 28th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge