IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES COTTON, | ) | 4:18CV3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Filing 55, the motion for leave to withdraw as counsel filed by Cortney M. Wiresinger, is granted.

DATED this 9th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge