IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES COTTON, | 4:18CV3138 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WADE STEVENS, JR., and RAMON ESTEVEZ, | |
| Defendants. | |

IT IS ORDERED that Defendants' motion to modify progression order (Filing 64) is granted, and, accordingly, that Paragraph 1 of the court's ORDER SETTING SCHEDULE FOR PROGRESSION OF A CASE (Filing 63) is modified to read as follows:

    1. All depositions, whether or not they are intended to be used at trial, shall be completed by May 18, 2020. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before March 26, 2020.

In all other respects, the progression schedule shall remain unchanged.

    Dated this 2nd day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge