IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHENS, and CORRECTIONS OFFICER ESTEVEZ, Mr.,<br><br>        Defendants. | 4:18CV3138<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's renewed motion for appointment of counsel (Filing No. 72) is denied without prejudice to reassertion.
2. Plaintiff's motion for extension of time (Filing No. 78) is granted, as follows: Plaintiff shall have until August 24, 2020, to respond to Defendants' motion for summary judgment (Filing No. 75).
3. Plaintiff's renewed motion to modify progression schedule (Filing No. 79) is denied.
4. On the court's own motion, Paragraph 5 of the court's ORDER SETTING SCHEDULE FOR PROGRESSION OF A CASE (Filing 63) is suspended pending disposition of Defendants' motion for summary judgment. In the event the motion for summary judgment is denied, the court will set a new date and time for a Final Pretrial Conference and new dates for the parties to prepare and submit a Proposed Order on Final Pretrial Conference.

Dated this 9th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge