IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WADE STEPHENS JR., and<br>RAMON ESTEVEZ,<br><br>　　　　　Defendants. | 4:18CV3138<br><br><br>**ORDER** |

　　IT IS ORDERED that Plaintiff's motion for extension of time (filing 104) is granted, and, accordingly, that Plaintiff shall have until September 15, 2020, to respond to Defendants' motion for summary judgment (Filing 75).

　　Dated this 4th day of September, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*

　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge