IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES COTTON,<br><br>                    Plaintiff,<br><br>vs.<br><br>WADE STEPHENS JR., and<br>RAMON ESTEVEZ,<br><br>                    Defendants. | 4:18CV3138<br><br>**ORDER** |

   IT IS ORDERED that Plaintiff's motion for extension of time (filing 108) is granted. Plaintiff shall have an additional 10 days, until Friday, September 25, 2020, to respond to Defendants' motion for summary judgment (filing 75).

   Dated this 21st day of September, 2020.

                                    BY THE COURT:

                                    *Richard G. Kopf*

                                    Richard G. Kopf
                                    Senior United States District Judge